**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NETFLIX, INC., NETFLIX STUDIOS, LLC, NETFLIX US, LLC, AND NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | Case No. 26-cv-06081 |
| Plaintiffs, | **Judge Elaine E. Bucklo** |
| v. | **Magistrate Judge Heather K. McShain** |
| A32I0QS24ATV5U, et al., | |
| Defendants. | |

## PLAINTIFFS' STATUS REPORT

Pursuant to this Court's Order [54], Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC (collectively, "Plaintiff" or "Netflix") submit the following status report.

Defendants were served on June 16, 2026, and had a response deadline of July 7, 2026. [38]. Defendant Faly's (Def. No. 28) extension of time to answer or otherwise plead expired on August 4, 2026. [46]. On August 20, 2026, Defendant Faly (Def. No. 28) filed a Motion to Withdraw Counsel by Defendant [67]. Defendant's Motion remains pending before the Court. On August 4, 2026, Defendants Dorjee toys (Def. No. 22), JuGuo (Def. No. 58), and cocopuss (Def. No. 16) jointly filed an Answer to the Complaint [64]. Plaintiff and Defendants Dorjee toys (Def. No. 22), JuGuo (Def. No. 58), and cocopuss (Def. No. 16) are in active settlement negotiations.

On June 26, 2026, Defendants Godalithic (Def. No. 40), DUNHA 2026 (Def. No. 24), and Fuxingxin (Def. No. 32) jointly filed a Motion to Dismiss [42], which has since been fully briefed. [56], [57], [62]. As previously indicated, Plaintiff has initiated service as to those Defendants through the Hague Convention via the Central Authority for China. [56]. Service of Defendants

Godalithic (Def. No. 40), DUNHA 2026 (Def. No. 24), and Fuxingxin (Def. No. 32) is still pending. If service is not completed within the six-month time period provided for in Article 15 of the Hague Convention, Plaintiff will take other steps to move the case forward. *Id.*

Plaintiff is also in active settlement negotiations with various other defendants. Plaintiff does not request a settlement conference at this time.

Dated this 27th day of August 2026.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC*